IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

MICHAEL J. WOLSKI                               Case No. 07-21780
         Debtor.

### N O T I C E

A notice has been filed indicating that there is an outstanding post filing default to Litton Loan Servicing LP. for post filing defaults. A copy is attached hereto.

　　　　　　　　　　　　　　/S/ Stanley W. Papuga
　　　　　　　　　　　　　　Stanley W. Papuga


### CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 09-17-2010 to the following parties:

TO TRUSTEE:
MARILYN O. MARSHALL 224 S.MICHIGAN STE.800 CHICAGO IL 60604

TO DEBTOR'S ATTORNEY:
JOSEPH WROBEL 105 W.MADISON ST. STE.700 CHICAGO IL 60602


The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 09-17-2010 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:


TO DEBTOR:
MICHAEL J. WOLSKI  11473 S.HOMAN AVENUE CHICAGO IL 60655

　　　　　　　　　　　　　　/s/Stanley W. Papuga
　　　　　　　　　　　　　　Stanley W. Ppauga
　　　　　　　　　　　　　　Kropik, Papuga and Shaw
　　　　　　　　　　　　　　120 S. LaSalle, Ste. 1500
　　　　　　　　　　　　　　Chicago, IL 60603

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES BANKRUPTCY COURT

CERTIFICATE OF SERVICE

    The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 12/21/2009 to the following parties:

TO TRUSTEE:
MARILYN O. MARSHALL 224 S.MICHIGAN STE.800 CHICAGO IL 60604

TO DEBTOR'S ATTORNEY:
JOSEPH WROBEL 105 W.MADISON ST. STE.700 CHICAGO IL 60602


The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 12/21/2009 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
MICHAEL J. WOLSKI   11473 S.HOMAN AVENUE CHICAGO IL 60655

                                       __/s/ Stanley W. Papuga
                                       Stanley W. Papuga
                                       Kropik, Papuga and Shaw
                                       120 S. LaSalle, Ste. 1500
                                       Chicago, IL 60603

                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE:

**MICHAEL J. WOLSKI**                              Case No. 07-21780
          **Debtor.**

                         NOTICE OF OUTSTANDING DEBT

     LITTON LOAN SERVICING LP in response to the notice of final
mortgage cure, Litton Loan Servicing LP states that the debtors
loan is not current. There is currently a pending motion for
relief from stay due to said delinquency.

Additionally, there is a delinquency outstanding due to an
advance for taxes. The advance remaining is $1816.76.


                                   _/s/ Stanley W. Papuga
                              Attorney of Kropik Papuga and Shaw




This Notice and attached document(s) is an attempt to collect a
debt and any information obtained will be used for that purpose.


Kropik Papuga and Shaw
Attorneys for Litton Loan Servicing LP.
120 S. Lasalle Suite 1327
Chicago, Il. 60603
312-236-6405